Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff
Glenn Marshall Pitts, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLENN MARSHALL PITTS, JR., | Case No.: 2:22-cv-01713-EJY |
| Plaintiff, | MOTION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant | |

TO THE HONORABLE ELAYNA J. YOUCHAH, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Glenn Marshall Pitts, Jr., hereby moves the Court to extend the time in which plaintiff must file his motion for reversal and/or remand for a period of 14 days to and including February 9, 2023, and that all subsequent deadlines set forth in the Court's scheduling order, ECF No. 13, are extended accordingly.

This is plaintiff's first request for an extension of time in this matter. Counsel for plaintiff requires additional time to converse with plaintiff regarding substantive matters before briefing can proceed further. In spite of best efforts, counsel for plaintiff has not yet been successful in being able to communicate with plaintiff. Plaintiff respectfully request the granting of this request for the proper briefing of this matter.

Franco L. Becia, Special Assistant United States Attorney for defendant, has advised counsel for plaintiff that he has no objection to this request for an extension.

DATE: January 26, 2023          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

      /s/ *Marc V. Kalagian*
BY: _____
    Marc V. Kalagian
    Attorney for plaintiff Glenn Marshall Pitts

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: January 26, 2023

//

//

-2-